NUMBER 13-06-630-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________

 

IN RE JOE WILLIAMSON CONSTRUCTION CO.
 

 ________________________________________________________________ 


On Petition for Writ of Mandamus

__________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Joe Williamson Construction Co., filed a petition for writ of mandamus
in the above cause on November 9, 2006. The Court, having examined and fully
considered the petition for writ of mandamus and appendix is of the opinion that
relator has not shown itself entitled to the relief sought. Accordingly, relator's petition
for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 


 PER CURIAM


Memorandum Opinion delivered and filed

this 14th day of November, 2006.

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).